9201021



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## SUPERSEDING INDICTMENT FOR VIOLATIONS OF
## THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 92-294 |
| v. | * | SECTION: "K"(1) |
| KIM HOGAN<br>JERRY BEDFORD | * | VIOLATION: 21 USC § 841(a)(1)<br>21 USC § 846<br>18 USC § 2 |
| | * | |

\* \* \*

The Grand Jury charges that:

### COUNT I

On or about January 22, 1992, in the Eastern District of Louisiana, KIM HOGAN did knowingly and intentionally distribute approximately 35 grams of cocaine base ("crack"), a Schedule II narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT II

On or about February 7, 1992, in the Eastern District of Louisiana, KIM HOGAN did knowingly and intentionally distribute approximately 25 grams of cocaine base ("crack"), a Schedule II narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT III

On or about February 4, 1992 in the Eastern District of Louisiana, KIM HOGAN and JERRY BEDFORD did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the grand jury to

knowingly and intentionally distribute approximately 50 grams of cocaine base ("crack"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

### COUNT IV

On or about February 4, 1992, in the Eastern District of Louisiana, KIM HOGAN and JERRY BEDFORD did knowingly and intentionally distribute approximately 50 grams of cocaine base ("crack"), a Schedule II narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT V

On or about June 24, 1992, in the Eastern District of Louisiana, KIM HOGAN did knowingly and intentionally possess with intent to distribute approximately 990 grams of cocaine hydrochloride, a Schedule II narcotic drug controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
F O R E P E R S O N

_____
HARRY ROSENBERG
UNITED STATES ATTORNEY
Bar Roll No. 11465

_Jan Maselli Mann_
JAN MASELLI MANN
Assistant United States Attorney
Chief Criminal Division
Bar Roll No. 9020

_John R. Morello_
JOHN R. MORELLO
Assistant United States Attorney
Bar Roll No.  18350

New Orleans, Louisiana
August 21, 1992