```
                                                    U.S. DISTRICT COURT
                                                    EASTERN DISTRICT OF LOUISIANA
              U.S. District Court                   FILED
   USDC for the Eastern District of Louisiana (New Orleans)    MAY 20 1993

   CRIMINAL DOCKET FOR CASE #: 92-CR-294-ALL        LORETTA G. WH[YTE]
                                                    CLERK
USA v. Hogan, et al                                 Filed: 05/29/92
Assigned to: Judge Lansing L. Mitchell
Dkt# in other court: None
```

**KIM HOGAN**
   defendant

*Steve Lemoine, Esq.*
FOR: Kim Hogan

**Pending Counts:**

   NONE

**Terminated Counts:**

   NONE

*John Morvillo, AUSA*
for Catherine Forbes / Fred Harper

**Complaints:**

   NONE

----------------------------------

| | | |
|---|---|---|
| COURTROOM DEPUTY:<br>EILEEN STENSRUD | <u>**WEDNESDAY, MAY 19, 1993**</u>   2PM<br><u>JUDGE MITCHELL PRESIDING</u> | COURT REPORTER:<br>PAT DURONCELET |

**SENTENCING AS TO KIM HOGAN**

Court begins at 3 p.m.
Case called.
All present and ready.
Defendant objects to the Pre-Sentence Investigation.
Defendant's witnesses:  Charles Strickland, sworn and testified.
                        Jacqueline Strickland, sworn and testified.
Defendant rests.
Government's witnesses:  Mark Mornay, sworn and testified.
Government rests.
The Court imposes a sentence of 151 months custody of the Bureau of Prisons
   for each of Counts 1 thru 5 to run concurrently.  In addition, supervised
   release is imposed for five (5) years as to each of Counts 1 thru 5 to run
   concurrently.
The Court finds that no fine should be imposed.
It is ordered that the defendant pay a special assessment of $50.00 per count
   for a total of $250.00.
Defendant is remanded to the custody of the U.S. Marshal.
The original indictment is dismissed on government's motion.
Court adjourns at 4:30 p.m.

MAY 24 1993