UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA  
VS. KIM HOGAN  
72540 JASMINE ST.  
COVINGTON, LA

FILED
U.S. DISTRICT COURT
May 25  4 16 PM '93

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 (SOC. SEC. NO.)

CRIMINAL ACTION
92-294 SEC LLM (1) (CASE NO./SEC.)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date ——————— ( Month: MAY  Day: 19,  Year: 1993 )

___ WITHOUT COUNSEL — However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

X WITH COUNSEL  STEVEN LEMOINE, ESQ.
(Name of Counsel)

Court Reporter's Name: PAT DURONCELET    U.S. ATTORNEY: J. MORELLO FOR F. HARPER

PLEA:  _GUILTY, and the court being satisfied  __NOLO CONTENDERE  __NOT GUILTY
that there is a factual basis for the plea.

There being a verdict of  (__NOT GUILTY. Defendant is discharged.
(X GUILTY as to Cts 1 thru 5 of Sup Indict

Defendant has been convicted as charged of the offense(s) of 21 USC 841(a)(1), distribution of cocaine base and 21 USC 846, conspiracy to distribute cocaine base.

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 151 months as to each of Counts 1 through 5, to be served concurrently. Upon defendant's release from imprisonment, the defendant shall be placed on supervised release for a period of five (5) years as to each of Counts 1 through 5, to be served concurrently. Within 72 hours of release from the custody of the Bureau of Prison, the defendant shall report in person to the probation office in the district to which the defendant is released.

While on supervised release, the defendant shall not commit another federal, state, or local crime, and shall comply with the standard conditions that have been adopted by this court.

In addition, the defendant shall comply with the following special conditions:

1. The defendant shall participate in a program of testing and/or treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

2. The defendant shall participate in a program of testing and/or treatment for alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

3. The defendant shall permit the probation officer to conduct searches and seizures of concealed contraband on the defendant's person, and in any building, vehicle(s), or other area under the defendant's control, at such times as the probation officer shall decide.

IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $50.00 as to Count(s) 1 thru 5, for a total assessment of $250.00

IT IS FURTHER ORDERED that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, IT IS HEREBY ORDERED that the general conditions of probation/supervised release set out on the reverse side be imposed.

IT IS FURTHER ORDERED THAT THE ORIGINAL INDICTMENT BE DISMISSED.

IT IS FURTHER ORDERED:
[ ] The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.
[ ] The court has determined that the defendant does not have the ability to pay interest. The interest requirement is (waived) (modified as follows):

SIGNED BY:
X ___ U.S. District Judge
___ U.S. Magistrate
LANSING L. MITCHELL
(Date) MAY 26 1993

CERTIFIED AS A TRUE COPY ON THIS DATE 5/25/93
BY: ___ Deputy Clerk

(margin annotation: AUSA - Morello)

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully, all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

The court makes the following recommendation to the Bureau of Prisons:

IT IS ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the U.S. Marshal or other qualified officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

_____
Deputy Marshal

AUSA - Marullo
PTS
USM - 3cc
Jen
FPO - Croft
Lemoine
PTS
Prob of Prison
Bureau of Prisons