Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** KIM HOGAN     **Case Number:** 053L 2:92CR00294-001*

**Name of Sentencing Judicial Officer:** Honorable Lansing L. Mitchell

**Offense:** 21 U.S.C. 846 - Conspiracy to distribute cocaine and distribution of cocaine, five counts

**Date of Sentence:** May 19, 1993

**Sentence:** One hundred fifty-one months custody of the Bureau of Prisons as to Counts 1 through 5, to be served concurrently, followed by five years of supervised release. A $250.00 special assessment fee was also ordered.

* Realloted to Honorable Stanwood R. Duval, Jr.

**Special Conditions:**

1. Drug testing
2. Alcohol testing/treatment
3. Search and seizure

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** July 14, 2002
**Assistant U.S. Attorney:** John Morello     **Defense Attorney:** Steven Lemoine

---

### PETITIONING THE COURT

[ X ] To issue a warrant to be held in abeyance     [ ] To issue a summons

For the arrest of Kim Hogan for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Special Condition No. 9 | On October 14, 2004, Kim Hogan admitted associating with Amy Moore, a known convicted felon. |
| Mandatory Condition | On August 26, 2004, Kim Hogan submitted a urine specimen to personnel of Southern Drug Compliance which tested positive for cocaine. On October 14, 2004, he denied using cocaine. |
| Mandatory Condition | On July 30, 2004, Kim Hogan was arrested by St. Tammany Parish Sheriff's Office and charged with possession with intent to distribute cocaine. On August 3, 2004, Hogan was released on bond due to overcrowding. On September 17, 2004, Hogan failed to appear in court in St. Tammany Parish for arraignment and an attachment was issued for his arrest and bail increase. |
| Mandatory Condition | On March 4, 2004, Kim Hogan submitted a urine specimen to |

personnel of the Southern Drug Con     ince which tested positive for cocaine.

**Mandatory Condition**    On November 7, 2002, Hogan was arrested by a representative with Covington Police Department and charged with filing a false police report. On September 9, 2003, Hogan was found guilty of Criminal Mischief and sentenced to 90 days in the parish jail, credit for time served (docket number 359882).

**CUSTODIAL STATUS:**

Kim Hogan is not in custody at this time.

_Constance B. White_
Constance B. White
U.S. Probation Officer
October 20, 2004

REVIEWED BY:

_Christy L. Waters_
Christy L. Waters
Supervising U. S. Probation Officer

**THE COURT ORDERS**

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Signature of Judicial Officer_

October 21, 2004
Date

CLERK'S OFFICE
A TRUE COPY
OCT 21 2004
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Address of Offender:   72429 Violet Street
                       Covington, LA 70435-5952

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
   Original         - Clerk's Office
   1 Copy Certified  - U.S. Attorney
   1 Copy Certified  - U.S. Marshal's Office
   2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING



# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.                                                          **WARRANT FOR ARREST**

KIM HOGAN

CASE NUMBER: CR 92-294 K(1)

The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Kim Hogan** and bring him or her forthwith to the arest magistrate judge to answer a(n)

Indictment    ( ) Information    ( ) Complaint    ( ) Order of Court    ( ) Probation Violation Petition    (X) Supervised Release Violation Petition    ( ) Violation Notice

arging him or her with alleged violations of supervised release

violation of Title United States Code, Section(s)

| )RETTA G. WHYTE | CLERK |
|---|---|
| ne of Issuing Officer | Title of Issuing Officer |
| nature of Issuing Officer [signature] ) Deputy Clerk | October 21, 2004   New Orleans, Louisiana<br>Date and Location |

il fixed at $_____    by _____
                                Name of Judicial Officer

[signature]

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |