

Prob12
Rev(3/88)



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

# UNITED STATES DISTRICT COURT

2004 NOV -3 AM II: 41

## for the
## Eastern District of Louisiana

LORETTA G. WHYTE
CLERK

U.S.A. vs. KIM HOGAN                    Docket No. 053L 2:92CR00294-001

### Petition on Probation and Supervised Release

COMES NOW CONSTANCE B. WHITE , PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kim Hogan, who was placed on supervision by the Honorable Lansing L. Mitchell sitting in the Court at New Orleans, Louisiana, on May 19, 1993, who fixed the period of supervision at  five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:
\* Supervision commenced on July 14, 2002
\* Reallotted to Honorable Stanwood R. Duval, Jr.

1. Drug testing and/or treatment
2. Alcohol testing and/or treatment
3. Search and seizure

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(if short insert here; if lengthy write on separate sheet and attach)

As Kim Hogan is incarcerated in the St. Tammany Parish Jail for possession with intent to distribute cocaine, it is recommended that the warrant issued to be held in abeyance be executed and lodged as a detainer.

PRAYING THAT THE COURT WILL ORDER  that the warrant to be held in abeyance issued on October 21, 2004, be executed and lodged as a detainer.

ORDER OF COURT

Considered and ordered this 27 day of October, 2004, and ordered filed and made a part of the records in the above case.

_____
Stanwood R. Duval
U. S. District Judge

Original  -  Clerk's Office
1 Copy  -  U.S. Marshal
1 Copy  -  U.S. Attorney
2 Copies  -  U.S. Probation

Respectfully,

Constance B. White
U.S. Probation Officer
985-542-6317

Place: New Orleans, Louisiana

Date: October 26, 2004

CLERK'S OFFICE
A TRUE COPY

NOV -3 2004

Deputy Clerk, U.S. District Court
District of Louisiana

___ Fee___
___ Process___
___ Dktd___
___ CtRmDep___
___ Doc. No.___

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.                                                    **WARRANT FOR ARREST**

KIM HOGAN

CASE NUMBER: CR 92-294 K(1)

The United States Marshal
and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest **Kim Hogan** and bring  him or her forthwith to the

arest magistrate judge to answer a(n)

Indictment    ( ) Information    ( ) Complaint    ( ) Order of    ( ) Probation    (X ) Supervised Release    ( ) Violation
                                                Court           Violation       Violation Petition          Notice
                                                                Petition

arging him or her with violations of supervised release

iolation of Title United States Code, Section(s)

RETTA G. WHYTE                                        CLERK
ne of Issuing Officer                                 Title of Issuing Officer

                                                      November 3, 2004  New Orleans, Louisiana
nature of Issuing Officer                             Date and Location

) Deputy Clerk

il fixed at $_____        by  _____
a                                                         Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |