MINUTE ENTRY
MOORE, M.J.
APRIL 12, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                          CRIMINAL ACTION

VERSUS                                            NO. 92-294

KIM HOGAN                                         SECTION "K"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  _X_/ DEFENDANT WITH/WITHOUT COUNSEL _____ Kevin Boitman for
              _X_/ ASST. U. S. ATTORNEY  MAURICE LANDRIEU
              _X_/ PROBATION OFFICER CONSTANCE B. WHITE
              ___/ INTERPRETER,_____, SWORN (TIME: _____.M. TO _____.M.)

_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF PETITION/RULE TO REVOKE: READ  SUMMARIZED  WAIVED

_X_/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

___/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
___/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
___/ BOND SET AT _____

_X_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
___/ DEFENDANT RELEASED ON BOND
___/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____

___/ DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
_____

_X_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
April 17, 2006 at 2:00 p.m
_X_/ RULE TO REVOKE SUPERVISED RELEASE  is set  April 19, 2006 at 9:00 AM.
BEFORE UNITED STATES DISTRICT JUDGE STANWOOD R. DUVAL, JR.

MJSTAR:  :10

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep___
___ Doc. No___