UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 92-294 |
| KIM HOGAN | SECTION "K" |

### JUDGMENT AND ORDER REVOKING SUPERVISED RELEASE

On April 19, 2006, defendant, Kim Hogan, appeared in Court with his counsel, John Linder, II on a Rule to Show Cause Why His Supervised Release Should Not Be Revoked for violation of the terms of his supervised release which were imposed by Judge Lansing Mitchell on May 19, 1993, for violation of 21 U.S.C. § 841(a); 846 and 18 U.S.C. § 2. At that time, the Court ordered that defendant be placed on supervised release for a term of 5 years as to Counts 1 through 5; said Counts to run concurrently. After hearing the statements by all counsel, the Court states that defendant did violate the terms and conditions of his supervised release.

Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Judgment and Order of supervised release of May 19, 1993 be and is hereby **RECALLED, REVOKED AND SET ASIDE.**

___ Fee
___ Process
X   Dktd
___ CtRmDep
___ Doc. No.

**IT IS  ORDERED, ADJUDGED AND DECREED** that the defendant, Kim Hogan is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  24 months.  All of defendant's time served in State custody with a federal detainer, for that reason, his sentence is to run coterminous with the time he has already been incarcerated, which is (6 months).

**IT IS  ORDERED** that Kim Hogan be remanded to the United States Marshal.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and that same shall serve as the commitment herein.

New Orleans, Louisiana, this __28th__ day of April, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

2